**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



NOTICE OF ORDER ON MOTION

Cause number:             01-13-00978-CR

Style:                    William Harris

                          **v** The State of Texas

Date motion filed*:       January 10, 2014

Type of motion:           Motion to Supplement Records

Party filing motion:      Appellant

Document to be filed:

If motion to extend time:

        Deadline to file document:

        Number of previous extensions granted:

        Length of extension sought:

Ordered that motion is:

    ☐    Granted
        If document is to be filed, document due:

        ☐  The Clerk is instructed to file the document as of the date of this order
        ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    X    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

On January 10, 2014, Appellant filed a "Motion to Supplement Records" requesting to supplement the record with (1) "all documents contained in the appendix of its appellant brief" and (2) "trial transcripts, statements of facts, DNA post-conviction records, motions, field notes, witness statements, copy of crime scene evidence, [and] all records attach [sic] to trial # 876384." Appellant's broad request fails to identify any specific items omitted from either the clerk's record or the reporter's record that Appellant seeks to include in a supplemental clerk's and/or reporter's record. *See* TEX. R. APP. P. 34.5(c)(1) (supplementation of clerk's record); TEX. R. APP. P. 34.6(d) (supplementation of reporter's record). Accordingly, Appellant's motion is **denied**.

Judge's signature: /s/ <u>Justice Jane Bland</u>
              ☑ Acting individually    ☐ Acting for the Court

              Panel consists of _____.

Date: January 16, 2014

November 7, 2008 Revision